**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**UNITED STATES OF AMERICA**                                                    **RESPONDENT**

**v.**                                          **No. 11-cr-40037-036**
                                                **No. 4:17-cv-04026**

**RICKY BAKER**                                                                   **MOVANT**


## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. §

2255 to Vacate, Set Aside, or Correct Sentence.  ECF No. 1172.  The Court has reviewed the Motion

and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United

States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to

the issues raised by the Motion within sixty (60) days of the date of this Order.  The Government is

directed to address the issue of the timeliness of the Motion in its response, if necessary.

**ENTERED** this **27th day of April 2017.**


                                                    /s/ Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    UNITED STATES MAGISTRATE JUDGE